# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNIE R. TRUSSELL, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration, <br><br> Defendant. | Case No. ED CV 16-1970-RSWL (SP) <br><br> **ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which defendant has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//

1  IT IS THEREFORE ORDERED that Judgment be entered reversing the
2 decision of the Commissioner denying benefits, and remanding this action for
3 further administrative proceedings consistent with the Report.

5 Dated: 5/16/2018                    s/ RONALD S.W. LEW
                                      HONORABLE RONALD S.W. LEW
6                                     UNITED STATES DISTRICT JUDGE