NICOLA T. HANNA
United States Attorney
DAIVD M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Litigation Counsel, Civil Division
Jean M. Turk CA State Bar No.: 131517
Special Assistant United States Attorney
Assistant Regional Counsel
Social Security Administration, Region IX
160 Spear Street, Suite 800
San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
E-mail: jean.turk@ssa.gov
Attorneys for Defendant.

UNITED STATES DISCTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARNIE R. TRUSSELL, | No. CV 5:16-CV-01970 RSWL SP |
| Plaintiff, | ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES, PURSUANT TO 28 U.S.C. § 2412(d) |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses, **IT IS ORDERED** that fees and expenses in the amount of $4,500 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

DATED: August 16, 2018

HON. SHERI PYM
UNITED STATES MAGISTRATE JUDGE

-1-